UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates To:**

*Kelsey Wortmann v. Bayer Corporation, et al.* No. 3:12-cv-10845-DRH-PMF

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on December 16, 2014, the above captioned case is **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT


BY:  /s/*Cheryl A. Ritter*
         **Deputy Clerk**

**Dated:** December 16, 2014

Digitally signed by
David R. Herndon
Date: 2014.12.16
12:31:26 -06'00'

**APPROVED:**
      **U.S. DISTRICT JUDGE**
      **U. S. DISTRICT COURT**